UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----ooOoo----

RAJ SIDHU,

        Plaintiff,

  v.

SIERRA ENTERTAINMENT, a California corporation;

        Defendant.

NO. CIV. S-06-1999 FCD/EFB

ORDER

---ooOoo----

This case was filed in the Eastern District of California and assigned to the undersigned judge sitting in Sacramento, California. Upon review of the Notice of Removal, the complaint and the Civil Cover Sheet, this suit arose in Stanislaus County, California. The court finds good cause to transfer this action to the Fresno Division.

Accordingly, the court makes the following orders:

1. Pursuant to Local Rule 3-120(d), this case is hereby TRANSFERRED to the Fresno Division of this court. All dates set in this action are VACATED.

2. The Clerk's Office is instructed to transfer this file to the Fresno Division.

3. Plaintiff's new case number is **1:06-CV-1838 AWI LJO**.

All future filings shall reference this new case number and shall be filed at:

> United States District Court
> Eastern District of California
> Office of the Clerk
> Room 1501
> 2500 Tulare Street
> Fresno, CA 93721-1322

IT IS SO ORDERED.

DATED: December 19, 2006.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE